| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>PRATIK PATEL,<br><br>                              Debtor. | Chapter   7<br><br>Case No. 23-17327 (JNP)<br><br>Hon. Jerrold N. Poslusny, Jr. |
| CHARLES M. FORMAN, as Chapter 7 Trustee for the Estate of Pratik Patel,<br>             Plaintiff,<br>      v.<br><br>JANVI HOTEL SUPPLY, LLC, VIRAL L. PATEL, PRIYANKA PATEL, KEYURKUMAR J. PATEL, GOVINDBHAI S. PATEL, and PRATIK PATEL,<br>             Defendants. | Adv. Pro. No. 24-1331 (JNP) |

**STIPULATION EXTENDING TIME FOR DEFENDANT,
KEYURKUMAR J. PATEL TO ANSWER COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Charles M. Forman, chapter 7 trustee ("Plaintiff"), and Defendant, Keyurkumar J. Patel ("Defendant"), by and through their respective counsel, that the Defendant shall have through and including July 12, 2024 to file an answer, move or otherwise respond to the Plaintiff's Complaint [Doc. No. 1].

| | |
|---|---|
| FORMAN HOLT<br>Attorneys for Charles M. Forman,<br>Plaintiff | MICHAEL MCLAUGHLIN LLC<br>Attorneys for Keyurkumar J. Patel,<br>Defendant |
| By:  */s/ Kimberly J. Salomon*<br>        Kimberly J. Salomon, Esq. | By:  */s/ Michael McLaughlin*<br>        Michael McLaughlin, Esq. |
| Dated:  June 10, 2024 | Dated:  June 10, 2024 |

{F0219589 - 1}