| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>PRATIK PATEL,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-17327 (JNP)<br><br>Hon. Jerrold N. Poslusny, Jr. |
| CHARLES M. FORMAN, as Chapter 7 Trustee for the Estate of Pratik Patel,<br>        Plaintiff,<br>   v.<br><br>JANVI HOTEL SUPPLY, LLC, VIRAL L. PATEL, PRIYANKA PATEL, KEYURKUMAR J. PATEL, GOVINDBHAI S. PATEL, and PRATIK PATEL,<br>        Defendants. | Adv. Pro. No. 24-1331 (JNP) |

**STIPULATION EXTENDING TIME FOR DEFENDANT,
PRATIK PATEL TO ANSWER COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Charles M. Forman, chapter 7 trustee ("Plaintiff"), and Defendant, Pratik Patel ("Defendant"), by and through their respective counsel, that the Defendant shall have through and including June 24, 2024 to file an answer, move or otherwise respond to the Plaintiff's Complaint [Doc. No. 1].

| | |
|---|---|
| FORMAN HOLT<br>*Attorneys for Charles M. Forman,*<br>*Plaintiff* | McMANIMON, SCOTLAND &<br>BAUMANN, LLC<br>*Attorneys for Pratik Patel, Defendant* |
| By: */s/ Kimberly J. Salomon*<br>  Kimberly J. Salomon, Esq. | By: */s/ Sari B. Placona*<br>  Sari B. Placona, Esq. |
| Dated: June 17, 2024 | Dated: June 17, 2024 |

{F0219970 - 1}